■ The People of the State of New York, Respondent, v Anthony Stevens, Appellant. [930 NYS2d 877]—

Defendant's ineffective assistance claims primarily involve matters outside the record concerning counsel's strategic choices (*see People v Love*, 57 NY2d 998 [1982]). Although defendant raised these claims in unsuccessful CPL 440.10 motions, defendant's motions for leave to appeal to this Court were denied (*see* CPL 450.15 [1]; 460.15). Accordingly, our review is limited to the trial record. To the extent the trial record permits review, we conclude that defendant received effective assistance under the state and federal standards (*see People v Benevento*, 91 NY2d 708, 713-714 [1998]; *see also Strickland v Washington*, 466 US 668 [1984]). Defendant has not shown "the absence of strategic or other legitimate explanations" for the various aspects of counsel's conduct challenged on appeal (*People v Rivera*, 71 NY2d 705, 709 [1988]). Furthermore, given the overwhelming evidence of guilt, defendant has not shown a reasonable probability that any of his attorney's alleged errors or omissions affected the outcome of the trial or undermined confidence in the result. Concur—Gonzalez, P.J., Andrias, Saxe and Sweeny, JJ.